## RHINE *v.* BOGARDUS *et al.*

WHERE no motion for new trial is made, the finding of facts by the Court below is conclusive.

APPEAL from the Eleventh District.

Suit on two notes, before the Court, a jury being waived. The issue was as to the authority of Bryant to execute the notes sued on, so as to bind a certain Quartz Company. The finding was as follows:

J. M. Bryant, by whom the notes sued on were made, had no authority, as Superintendent of the Cosumnes Valley Quartz Mill Company, to make notes in the name of, or binding upon, said company.

*Thomas H. Hewes,* for Appellant.

There is no finding of facts in the case. (Estell *v.* Chenery, 3 Cal. R. 467; Burger *v.* Baker, 4 Abbott, 11; Swift *v.* Muygridge, 8 Cal. 445.)

*Sanderson & Newell*, for Respondent.

The finding is sufficient and conclusive. (7 Cal. 38; McEwen *v.* Johnson, Id. 258.) But where plaintiff obtains judgment, no finding is necessary; otherwise, when judgment is for defendant.

TERRY, C. J. delivered the opinion of the Court—BALDWIN, J. concurring.

No motion for a new trial having been made in this case, the finding of facts by the Court below is conclusive, and as this finding fully sustains the judgment, it is affirmed.